IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DARNELL POLITE,<br><br>　　　　　　Defendant. | **8:17CR45**<br><br>**ORDER** |

Before the court is the government's Motion to Continue [31] the previously scheduled evidentiary hearing. The defendant has no objection. Good cause being shown, the motion will be granted and the hearing on the Motion to Suppress [14] will be continued.

**IT IS ORDERED:**

1. That the government's unopposed Motion to Continue Suppression Hearing [31] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [14] is continued to **August 29, 2017** at **9:30 a.m.** before Magistrate Judge Michael D. Nelson in Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 27th day of July, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge