IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

            Plaintiff,

    vs.

DARNELL POLITE,

            Defendant.

8:17CR45

ORDER

IT IS ORDERED that:

1.    The defendant's Unopposed Motion to Continue violation of supervised release hearing (filing 109) is granted.

2.    Defendant Darnell Polite's violation of supervised release hearing is continued to August 23, 2018, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of June, 2018.

                        BY THE COURT:

                        _____
                        John M. Gerrard
                        United States District Judge