IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR45 |
| vs. | **ORDER** |
| DARNELL POLITE, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Hearing on Supervised Release (filing 124) is granted.

2. Defendant Darnell Polite's violation of supervised release hearing is continued to October 11, 2018, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 12th day of September, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge