IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:17CR45** |
| vs. | |
| DARNELL POLITE, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Dispositional Hearing (filing 157) is granted.

2. Defendant Darnell Polite's violation of supervised release hearing is continued to December 17, 2020, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of August, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge